# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MYRON GLOYD RIDER, Defendant. | CR 01-72-GF-BMM **ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on June 22, 2015. Defendant admitted he had violated Special Condition 3 of his supervised release by consuming alcohol. Judge Johnston found the admission sufficient to establish the supervised release violation. He recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of three months, with 12 months of supervised release to follow.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

The Court agrees with Judge Johnston's findings. Defendant admitted that he violated Special Condition 3. Defendant could be incarcerated for up to 60 months, followed by 24 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of five to eleven months. A sentence of three months in custody, followed by 12 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary. A term of supervised release will help the Defendant reintegrate into the community.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 50) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 15th day of July, 2015.

_____
Brian Morris
United States District Court Judge